# EXHIBIT "A"

859923v.1



Marc I. Simon, Esquire ♦
Michelle Skalko-Simon, Esquire (Retired)
Joshua A. Rosen, Esquire ~
Matthew J. Zamites, Esquire ~
Brian F. George, Esquire ♦♦
Michael K. Simon, Esquire ~
Marv G. McCarthy, Esquire ~
Joshua D. Baer, Esquire ~
Amanda Nese, Esquire ~
Ashley Herkle, Esquire ~
Brittany Sturges, Esquire ~
Daniel Ward, Esquire ~
Carleigh Baldwin, Esquire++
Roman Galas, Esquire ♦
Ryan Flaherty, Esquire ~
Brandon Keller, Esquire~
Sarkis Dramgotchian, Esquire~

~ Licensed in PA
♦ Licensed to practice in PA & NJ
♦♦ Licensed to practice in PA & MA
♦♦♦ Licensed to practice in PA & NY
♦♦♦♦ Licensed to practice in PA, NJ & NY
◻ Licensed to practice in PA & OH
+ Licensed to practice in NJ
++ Licensed to practice in MA
+++ Licensed to practice in NY
++++ Licensed to practice in NJ & NY

SIMON & SIMON, PC
— INJURY LAWYERS —
Headquarters
18 Campus Blvd | Suite 100
Newtown Square, PA 19073
Tel: (215) 467-4666 | Fax: (267) 639-9006

marcsimon@gosimon.com
www.gosimon.com

RECEIVED
JAN 1 9 2023
AMAZON.COM, INC.
LEGAL DEPARTMENT

January 10, 2023

**Via Special Process Server**
Amazon Logistics, Inc.
410 Terry Ave North,
Seattle, WA 98144

      RE:  Lawsuit Filed Against You

Dear Sir/Madam:

      Please find enclosed a Complaint and Discovery Requests. Please turn this matter over to your insurance carrier.

      Very truly yours,

      **SIMON & SIMON, PC**
      /s
      Marc Simon

ADDITIONAL OFFICES
PHILADELPHIA | 2 Logan Square | Suite 300 | Philadelphia, PA 19103 | Tel: (215) 467-4666
NEW JERSEY | 401 Market Street | PO Box 807 | Camden, NJ 03101 | Tel: (856) 457-6393
PITTSBURGH | 500 Grant Street | Suite 2900 | Pittsburgh, PA 15219 | Tel: (412) 360-7257
ERIE | 1001 State Street | Suite 1400 | Erie, PA 16501 | Tel: (814) 240-5190
BOSTON | 114 State Street | 4ᵗʰ Floor | Boston, MA 02109 | Tel: (857) 233-0559
NEW YORK | 5 Penn Plaza | 19ᵗʰ Floor | Manhattan, NY 10001 | Tel: (212) 235-1060
CINCINNATI | PNC Center | 201 E. Fifth Street | Suite 1900 | Cincinnati OH 45202 | Tel: (513) 898-0930
COLUMBUS | Galleria at PNC Plaza | 20 S. Third Street | Suite 210 | Columbus, OH 43215 | Tel: (614) 754-6602
CLEVELAND | 600 Superior Ave, East | Fifth Third Building, Suite 1300 | Cleveland, OH 44114 | Tel: (216) 201-9307
YOUNGSTOWN | 11 Central Square West | Youngstown, OH 44503 | Tel: (330) 259-1486

THIS IS NOT AN ARBITRATION COMPLAINT.
AN ASSESSMENT OF DAMAGES HEARING
IS REQUIRED

Filed and Attested by the
Office of Judicial Records
05 JAN 2023 11:16 pm
C. PERRY

**SIMON & SIMON, P.C.**

BY:   Marc I. Simon, Esquire               Kane Daly, Esquire
      Joshua A. Rosen, Esquire             Brittany Sturges, Esquire
      Matthew J. Zamites, Esquire          Matthew Dobson, Esquire
      Brian F. George, Esquire             Kelly Peterson, Esquire
      Andrew Baron, Esquire                Roman Galas, Esquire
      Joshua Baer, Esquire                 Christopher Burruezo, Esquire
      Michael K. Simon, Esquire            Anthony Canale, Esquire
      Sam Reznik, Esquire                  Sam Gangemi, Esquire
      Mary G. McCarthy, Esquire            Blaise Richards, Esquire
      Harry Gosnear, Esquire               Abigail Boyd, Esquire
      Daniel Ward, Esquire                 Ari Sliffman, Esquire
      Christopher Green, Esquire

Attorney ID No.'s:               ***Attorneys for Plaintiff***
*201798*

18 Campus Blvd., Suite 100
Newtown Square, PA 19073
(215-467-4666)

| | | |
|---|---|---|
| Donte Blocker | : | IN THE COURT OF COMMON PLEAS |
| 173 W 65th Ave | : | PHILADELPHIA COUNTY |
| Philadelphia, PA 19120 | : | |
| Plaintiff | : | January Term 2023 |
| v. | : | |
| | : | |
| Amazon.com Inc., d/b/a Amazon Flex | : | |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| And | : | |
| Amazon.com Services LLC | : | |
| FKA Amazon Fulfillment Services, Inc. | : | |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| And | : | |
| Amazon Logistics, Inc. | : | |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| Defendants | : | |

Case ID: 230100502

**NOTICE TO DEFEND**

|  |  |
|---|---|
| **NOTICE** | **AVISO** |

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by Ms. Olson. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

**PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND
INFORMATION SERVICE
One Reading Center
Philadelphia Pennsylvania 19107
Telephone:  (215) 238-6300**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene viente (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

**ASOCIACIÓN DE LICENCIADOS DE
FILADELFIA
SERVICIO DE REFERENCIA E
INFORMACIÓN LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Teléfono:  (215) 238-6300**

## COMPLAINT

1.  Plaintiff, Donte Blocker, is a resident of the Commonwealth of Pennsylvania, residing at the address listed in the caption of this Complaint.

2.  Defendant, Amazon.com Inc., d/b/a Amazon Flex, is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint.

3.  Defendant, Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc., is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint.

4.  Defendant, Amazon Logistics, Inc., is a business entity registered to do business in the Commonwealth of Pennsylvania, with a business address listed in the caption of this Complaint.

5.  On or about November 27, 2021, at or about 5:00AM, Plaintiff, Donte Blocker, was the operator of a motor vehicle traveling at or near the intersection of Frankford Avenue and Clementine Street in Philadelphia, PA 19134.

6.  At or about the same date and time, a truck which was owned, rented, leased, and/or otherwise under the control of and entrusted to the driver by the aforementioned Defendants, was traveling at or near the aforesaid intersection and/or location of Plaintiffs' vehicle.

7.  Upon information and belief, the Subject Truck bore the logo and business name of the Defendants, and was being used for the business purpose(s) of the Defendants.

8.  At or about the same date and time, the Subject Truck was traveling at or near the Plaintiff's vehicle when he/she suddenly, and without warning, crashed into the

3

Plaintiff's vehicle.

9. At all times relevant hereto, including the time of the subject motor vehicle collision, the driver of the truck was an agent, employee, and/or servant of the Defendants, and was operating the Subject Truck in the course and scope of his/her agency and/or employment with the Defendants.

10. Upon information and belief, in proceeding to crash into the strike of Plaintiff's vehicle, the Subject Truck failed to maintain an assured clear distance from vehicles ahead, failed to pay adequate attention to his/her surroundings ahead, failed to ensure traffic ahead was clear, was in a hurry, and/or was simply fatigued and/or distracted.

11. The collective and individual acts, omissions, and failures detailed above and further below on the part of the Defendants were careless and negligent.

12. The subject motor vehicle collision was proximately caused by the carelessness, and/or negligence of the Defendants and not the result of any action or failure to act by Plaintiff.

13. As a direct and proximate result of the joint and/or several and/or direct or vicarious negligence and/or carelessness of the Defendants, Plaintiff has sustained serious permanent personal injuries and damages, including left shoulder, neck, right wrist, back.

## COUNT I
**Donte Blocker v. Amazon.com Inc., d/b/a Amazon Flex**
**Negligent Hiring, Retention, Training, Supervision, and Entrustment**

14. Plaintiff incorporates the foregoing paragraphs of this Complaint as if set forth fully at length herein.

15. The carelessness and/or negligence of Defendant Amazon.com Inc., d/b/a Amazon

4

Flex, which was the proximate cause of the aforesaid motor vehicle collision and the resultant injuries and damages sustained by Plaintiff, included the following actions/inactions:

a. Hiring, retaining, and permitting the driver to operate the Subject Truck without first properly and adequately qualifying him/her consistent with industry custom and applicable regulations;

b. Hiring, retaining, and permitting the driver to operate the Subject Truck without first conducting a proper and adequate background check to ascertain whether or not he/she was competent and fit to properly and safely operate a commercial truck;

c. Failing to provide proper, adequate, ongoing and/or remedial training to the driver consistent with industry custom and applicable regulations, including safe and defensive driving training in general and specific to paying proper attention to his/her surroundings and avoiding in-vehicle distractions;

d. Failing to take proper and adequate measures to prevent the driver from endangering the motoring public, specifically including Plaintiff, by: failing to pay proper attention to his/her surroundings while driving; driving while distracted and/or fatigued; and/or rushing and/or hurrying;

e. Retaining and permitting the driver to operate the Subject Truck when Defendant Amazon.com Inc., d/b/a Amazon Flex knew or, in the exercise of due care and diligence, should have known by and through his prior unsafe and/or substandard driving conduct during his/her tenure as agent/employee of Defendant Amazon.com Inc., d/b/a Amazon Flex that the driver was incompetent and/or unfit to drive a commercial truck, capable of committing and likely to commit actions and inactions like those set forth above that would harm the motoring public;

f. Failing to properly and adequately train, monitor and/or supervise the driver to ensure he/she would adhere to proper safe and defensive driving practices custom to the industry and/or required by the Pennsylvania Motor Vehicle Code, and/or applicable regulations;

g. Failing to properly and adequately train, monitor, and/or supervise the driver to ensure he/she could manage collision-free encounters with the motoring public, specifically including Plaintiff;

h. Unreasonably setting and assigning the driver a route that was too tight/aggressive for him/her to perform without hurrying and/or rushing to complete said route;

i. Allowing and/or directing the driver to operate the Subject Truck while he/she was fatigued; and

5

Case ID: 230100502

j.  Failing to warn the motoring public, including Plaintiff, that the driver knew or in the existence of due care and diligence should have known, that plaintiff would be exposed to Defendant Valentin-Figueroa's negligent, and/or careless operation of the commercial truck.

16. As a direct and proximate result of the negligent, and/or careless conduct of Defendant Amazon.com Inc., d/b/a Amazon Flex, described above, Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions and others ills and injuries including left shoulder, neck, right wrist, back, all to Plaintiff's great loss and detriment.

17. As a direct and proximate result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past suffered and is presently suffering great anguish, sickness and agony, and will continue to so suffer for an indefinite time into the future.

18. As an additional result of the carelessness, and/or negligence of Defendant Amazon.com Inc., d/b/a Amazon Flex, along with the physical injuries suffered, Plaintiff suffered and is presently suffering emotional injuries, and will continue to so suffer for an indefinite time into the future.

19. As a direct result of the carelessness and/or negligence of Defendant Amazon.com Inc., d/b/a Amazon Flex, Plaintiff suffered damage to his personal property, including the motor vehicle he/she was operating at the time of the subject left-turn crash, and related expenses including but not limited to storage fees and towing, all to Plaintiff's great loss and detriment.

20. As a further result of Plaintiff's injuries, he/she has in the past suffered, is presently suffering, and may in the future suffer a great loss of earnings and/or earning

Case ID: 230100502

capacity, all to Plaintiff's further loss and detriment.

21. Furthermore, the above-described conduct was outrageous, malicious, and exhibited a willful and wanton disregard for the safety of the motoring public, including Plaintiff, and as a result, Plaintiff is entitled to and seeks herein punitive damages from Defendant Amazon.com Inc., d/b/a Amazon Flex.

22. Finally, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has incurred or will incur medical, rehabilitative and other related expenses in an amount equal to or in excess of the basic personal injury protection benefits required by the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa. C.S. Section 1701 *et. seq.*, as amended, for which he makes a claim for payment in the present action.

23. WHEREFORE, Plaintiff prays for judgment in his/her favor and against Defendant in an amount in excess of Seventy-Five ($75,000.00) Dollars, plus punitive damages, plus all costs and other relief this court deems just.

## COUNT II
### Donte Blocker v. Amazon.com Inc., d/b/a Amazon Flex
### Respondeat Superior

24. Plaintiff incorporates the foregoing paragraphs of this Complaint as if fully set forth at length herein.

25. The negligence, carelessness, and/or malicious conduct on the part of the driver occurred while he driver was acting at all relevant times within the course and scope of his/her agency and/or employment with Amazon.com Inc., d/b/a Amazon Flex, and was the direct and proximate cause of the above-described motor vehicle collision and proximately resulting injuries and damages sustained by Plaintiff.

26. As such, Defendant Amazon.com Inc., d/b/a Amazon Flex is vicariously liable

7

under the doctrine of respondeat superior result for the negligence and/or careless

conduct of the driver in causing the above-described motor vehicle collision and

proximately resulting injuries and damages sustained by Plaintiff.

WHEREFORE, Plaintiff prays for judgment in his/her favor and against Defendant in an

amount in excess of Seventy-Five ($75,000.00) Dollars, plus punitive damages, plus all costs and

other relief this court deems just.

### COUNT III
**Donte Blocker v. Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc.**
**Negligent Hiring, Retention, Training, Supervision, and Entrustment**

27. Plaintiff incorporates the foregoing paragraphs of this Complaint as if set forth fully

at length herein.

28. The carelessness and/or negligence of Defendant Amazon.com Services LLC FKA

Amazon Fulfillment Services, Inc., which was the proximate cause of the aforesaid

motor vehicle collision and the resultant injuries and damages sustained by

Plaintiff, included the following actions/inactions:

a. Hiring, retaining, and permitting the driver to operate the Subject Truck without first properly and adequately qualifying him/her consistent with industry custom and applicable regulations;

b. Hiring, retaining, and permitting the driver to operate the Subject Truck without first conducting a proper and adequate background check to ascertain whether or not he/she was competent and fit to properly and safely operate a commercial truck;

c. Failing to provide proper, adequate, ongoing and/or remedial training to the driver consistent with industry custom and applicable regulations, including safe and defensive driving training in general and specific to paying proper attention to his/her surroundings and avoiding in-vehicle distractions;

d. Failing to take proper and adequate measures to prevent the driver from endangering the motoring public, specifically including Plaintiff, by: failing to pay proper attention to his/her surroundings while driving; driving while distracted and/or fatigued; and/or rushing and/or hurrying;

e. Retaining and permitting the driver to operate the Subject Truck when Defendant

8

Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc. knew or, in the exercise of due care and diligence, should have known by and through his prior unsafe and/or substandard driving conduct during his/her tenure as agent/employee of Defendant Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc. that the driver was incompetent and/or unfit to drive a commercial truck, capable of committing and likely to commit actions and inactions like those set forth above that would harm the motoring public;

f.   Failing to properly and adequately train, monitor and/or supervise the driver to ensure he/she would adhere to proper safe and defensive driving practices custom to the industry and/or required by the Pennsylvania Motor Vehicle Code, and/or applicable regulations;

g.   Failing to properly and adequately train, monitor, and/or supervise the driver to ensure he/she could manage collision-free encounters with the motoring public, specifically including Plaintiff;

h.   Unreasonably setting and assigning the driver a route that was too tight/aggressive for him/her to perform without hurrying and/or rushing to complete said route;

i.   Allowing and/or directing the driver to operate the Subject Truck while he/she was fatigued; and

j.   Failing to warn the motoring public, including Plaintiff, that the driver knew or in the existence of due care and diligence should have known, that plaintiff would be exposed to Defendant Valentin-Figueroa's negligent, and/or careless operation of the commercial truck.

29.   As a direct and proximate result of the negligent, and/or careless conduct of Defendant Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc., described above, Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions and others ills and injuries including left shoulder, neck, right wrist, back, all to Plaintiff's great loss and detriment.

30.   As a direct and proximate result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past suffered and is presently suffering great anguish, sickness and agony, and will continue to so suffer for an indefinite time into the future.

9

31. As an additional result of the carelessness, and/or negligence of Defendant Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc., along with the physical injuries suffered, Plaintiff suffered and is presently suffering emotional injuries, and will continue to so suffer for an indefinite time into the future.

32. As a direct result of the carelessness and/or negligence of Defendant Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc., Plaintiff suffered damage to his personal property, including the motor vehicle he/she was operating at the time of the subject left-turn crash, and related expenses including but not limited to storage fees and towing, all to Plaintiff's great loss and detriment.

33. As a further result of Plaintiff's injuries, he/she has in the past suffered, is presently suffering, and may in the future suffer a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

34. Furthermore, the above-described conduct was outrageous, malicious, and exhibited a willful and wanton disregard for the safety of the motoring public, including Plaintiff, and as a result, Plaintiff is entitled to and seeks herein punitive damages from Defendant Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc..

35. Finally, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has incurred or will incur medical, rehabilitative and other related expenses in an amount equal to or in excess of the basic personal injury protection benefits required by the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa. C.S. Section 1701 *et. seq.*, as amended, for which he makes a claim for payment in the present action.

36. WHEREFORE, Plaintiff prays for judgment in his/her favor and against Defendant

10

in an amount in excess of Seventy-Five ($75,000.00) Dollars, plus punitive damages, plus all costs and other relief this court deems just.

## COUNT IV
### Donte Blocker v. Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc.
### Respondeat Superior

37. Plaintiff incorporates the foregoing paragraphs of this Complaint as if fully set forth at length herein.

38. The negligence, carelessness, and/or malicious conduct on the part of the driver occurred while he driver was acting at all relevant times within the course and scope of his/her agency and/or employment with Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc., and was the direct and proximate cause of the above-described motor vehicle collision and proximately resulting injuries and damages sustained by Plaintiff.

39. As such, Defendant Amazon.com Services LLC FKA Amazon Fulfillment Services, Inc. is vicariously liable under the doctrine of respondeat superior result for the negligence and/or careless conduct of the driver in causing the above-described motor vehicle collision and proximately resulting injuries and damages sustained by Plaintiff.

WHEREFORE, Plaintiff prays for judgment in his/her favor and against Defendant in an amount in excess of Seventy-Five ($75,000.00) Dollars, plus punitive damages, plus all costs and other relief this court deems just.

## COUNT V
### Donte Blocker v. Amazon Logistics, Inc.
### Negligent Hiring, Retention, Training, Supervision, and Entrustment

40. Plaintiff incorporates the foregoing paragraphs of this Complaint as if set forth fully at length herein.

11

41. The carelessness and/or negligence of Defendant Amazon Logistics, Inc., which was the proximate cause of the aforesaid motor vehicle collision and the resultant injuries and damages sustained by Plaintiff, included the following actions/inactions:

a.  Hiring, retaining, and permitting the driver to operate the Subject Truck without first properly and adequately qualifying him/her consistent with industry custom and applicable regulations;

b.  Hiring, retaining, and permitting the driver to operate the Subject Truck without first conducting a proper and adequate background check to ascertain whether or not he/she was competent and fit to properly and safely operate a commercial truck;

c.  Failing to provide proper, adequate, ongoing and/or remedial training to the driver consistent with industry custom and applicable regulations, including safe and defensive driving training in general and specific to paying proper attention to his/her surroundings and avoiding in-vehicle distractions;

d.  Failing to take proper and adequate measures to prevent the driver from endangering the motoring public, specifically including Plaintiff, by: failing to pay proper attention to his/her surroundings while driving; driving while distracted and/or fatigued; and/or rushing and/or hurrying;

e.  Retaining and permitting the driver to operate the Subject Truck when Defendant Amazon Logistics, Inc. knew or, in the exercise of due care and diligence, should have known by and through his prior unsafe and/or substandard driving conduct during his/her tenure as agent/employee of Defendant Amazon Logistics, Inc. that the driver was incompetent and/or unfit to drive a commercial truck, capable of committing and likely to commit actions and inactions like those set forth above that would harm the motoring public;

f.  Failing to properly and adequately train, monitor and/or supervise the driver to ensure he/she would adhere to proper safe and defensive driving practices custom to the industry and/or required by the Pennsylvania Motor Vehicle Code, and/or applicable regulations;

g.  Failing to properly and adequately train, monitor, and/or supervise the driver to ensure he/she could manage collision-free encounters with the motoring public, specifically including Plaintiff;

h.  Unreasonably setting and assigning the driver a route that was too tight/aggressive for him/her to perform without hurrying and/or rushing to complete said route;

i.  Allowing and/or directing the driver to operate the Subject Truck while he/she was

12

fatigued; and

j. Failing to warn the motoring public, including Plaintiff, that the driver knew or in the existence of due care and diligence should have known, that plaintiff would be exposed to Defendant Valentin-Figueroa's negligent,  and/or careless operation of the commercial truck.

42. As a direct and proximate result of the negligent, and/or careless conduct of Defendant Amazon Logistics, Inc., described above, Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions and others ills and injuries including left shoulder, neck, right wrist, back, all to Plaintiff's great loss and detriment.

43. As a direct and proximate result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past suffered and is presently suffering great anguish, sickness and agony, and will continue to so suffer for an indefinite time into the future.

44. As an additional result of the carelessness, and/or negligence of Defendant Amazon Logistics, Inc., along with the physical injuries suffered, Plaintiff suffered and is presently suffering emotional injuries, and will continue to so suffer for an indefinite time into the future.

45. As a direct result of the carelessness and/or negligence of Defendant Amazon Logistics, Inc., Plaintiff suffered damage to his personal property, including the motor vehicle he/she was operating at the time of the subject left-turn crash, and related expenses including but not limited to storage fees and towing, all to Plaintiff's great loss and detriment.

46. As a further result of Plaintiff's injuries, he/she has in the past suffered, is presently

13

suffering, and may in the future suffer a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

47. Furthermore, the above-described conduct was outrageous, malicious, and exhibited a willful and wanton disregard for the safety of the motoring public, including Plaintiff, and as a result, Plaintiff is entitled to and seeks herein punitive damages from Defendant Amazon Logistics, Inc..

48. Finally, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has incurred or will incur medical, rehabilitative and other related expenses in an amount equal to or in excess of the basic personal injury protection benefits required by the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa. C.S. Section 1701 *et. seq.*, as amended, for which he makes a claim for payment in the present action.

49. WHEREFORE, Plaintiff prays for judgment in his/her favor and against Defendant in an amount in excess of Seventy-Five ($75,000.00) Dollars, plus punitive damages, plus all costs and other relief this court deems just.

**COUNT VI**
**Donte Blocker v. Amazon Logistics, Inc.**
**Respondeat Superior**

50. Plaintiff incorporates the foregoing paragraphs of this Complaint as if fully set forth at length herein.

51. The negligence, carelessness, and/or malicious conduct on the part of the driver occurred while he driver was acting at all relevant times within the course and scope of his/her agency and/or employment with Amazon Logistics, Inc., and was the direct and proximate cause of the above-described motor vehicle collision and proximately resulting injuries and damages sustained by Plaintiff.

14

52. As such, Defendant Amazon Logistics, Inc. is vicariously liable under the doctrine

of respondeat superior result for the negligence and/or careless conduct of the driver

in causing the above-described motor vehicle collision and proximately resulting

injuries and damages sustained by Plaintiff.

WHEREFORE, Plaintiff prays for judgment in his/her favor and against Defendant in an

amount in excess of Seventy-Five ($75,000.00) Dollars, plus punitive damages, plus all costs and

other relief this court deems just.

**SIMON & SIMON, P.C.**

BY: _____/s_____

Marc I. Simon, Esquire
Simon & Simon, P.C.
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
215-467-4666
*Attorney for Plaintiff*

## VERIFICATION

I, Marc Simon, hereby state that I am attorney for the Plaintiff in the within action and that the facts set forth in this Civil Action Complaint above are true and correct to the best of my knowledge, information and belief.

I understand that the statements in this Verification are made subject to the penalties of 18 U.S.C.A. § 1001 relating to unsworn falsification to authorities.

_____
Marc I. Simon

16

DocuSign Envelope ID: 960121A4-D1F3-4C7E-9905-D4928F6AF276

## <u>VERIFICATION</u>

I am the Plaintiff this action, and I hereby state that the facts set forth in the foregoing

pleading are true and correct to the best of my knowledge, information and belief.  I understand

that this Verification is subject to 18 Pa.C.S. § 4904 providing for criminal penalties for unsworn

falsification to authorities.

DocuSigned by:

_____

4433BC9010F24D9...

Case ID: 230100502

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**
By:   Salvatore A. Clemente, Esquire
Attorney ID: 80830
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
Tel. 215-627-6900
Fax.215-627-2665
Email: Salvatore.Clemente@wilsonelser.com

Attorney for Defendants,
*Amazon.com, Inc., d/b/a Amazon*
*Flex, Amazon.com Services, LLC,*
*f/k/a Amazon Fulfillment Services,*
*Inc. and Amazon Logistics, Inc.*

*Filed and Attested by the
Office of Judicial Records
07 FEB 2023 11:20 am
S. GILLIAM*

| | | |
|---|---|---|
| DONTE BLOCKER, | : | COURT OF COMMON PLEAS |
| Plaintiff, | : | PHILADELPHIA COUNTY |
| | : | |
| vs. | : | |
| | : | CIVIL ACTION NO. 230100502 |
| AMAZON.COM, INC., d/b/a AMAZON | : | |
| FLEX, AMAZON.COM SERVICES, | : | |
| LLC, f/k/a AMAZON FULFILLMENT | : | |
| SERVICES, INC. and AMAZON | : | |
| LOGISTICS, INC., | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance as counsel on behalf of Defendants, Amazon.com, Inc., d/b/a

Amazon Flex, Amazon.com Services, LLC, f/k/a Amazon Fulfillment Services, Inc. and Amazon

Logistics, Inc., in the above-captioned matter.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

Salvatore A. Clemente, Esquire
Attorney for Defendants,
*Amazon.com, Inc., d/b/a Amazon*
*Flex, Amazon.com Services, LLC,*
*f/k/a Amazon Fulfillment Services,*
*Inc. and Amazon Logistics, Inc.*
*Amazon Logistics, Inc.*

Date: February 7, 2023

279908356v.1

## <u>CERTIFICATE OF SERVICE</u>

I, Salvatore A. Clemente, Esquire, attorney for Defendants, Amazon.com, Inc., d/b/a Amazon Flex, Amazon.com Services, LLC, f/k/a Amazon Fulfillment Services, Inc. and Amazon Logistics, Inc., hereby certify that a true and correct copy of the foregoing Entry of Appearance, was electronically filed via the Court's electronic filing system and therefore viewable and deemed served on all counsel of record pursuant 231 Pa. Code 205.4 (g)(2)(ii).

 

 

_____

Salvatore A. Clemente, Esquire

 

Date: <u>February 7, 2023</u>

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**
By:   Salvatore A. Clemente, Esquire
        Jared M. Smith, Esquire
Attorney ID: 80830/321370
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
Tel. 215-627-6900
Fax.215-627-2665
Email: Salvatore.Clemente@wilsonelser.com
         Jared.Smith@wilsonelser.com

*Filed and Attested by the*
*Office of Judicial Records*
*07 FEB 2023 01:07 pm*
*S. GILLIAM*

Attorney for Defendant,
*Amazon.com, Inc., d/b/a Amazon*
*Flex, Amazon.com Services, LLC,*
*f/k/a Amazon Fulfillment Services,*
*Inc. and Amazon Logistics, Inc.*

|  |  |  |
|---|---|---|
| DONTE BLOCKER, | : | COURT OF COMMON PLEAS |
| Plaintiff, | : | PHILADELPHIA COUNTY |
|  | : |  |
| vs. | : |  |
|  | : | CIVIL ACTION NO. 230100502 |
| AMAZON.COM, INC., d/b/a AMAZON | : |  |
| FLEX, AMAZON.COM SERVICES, | : |  |
| LLC, f/k/a AMAZON FULFILLMENT | : |  |
| SERVICES, INC. and AMAZON | : |  |
| LOGISTICS, INC., | : |  |
| Defendants. | : |  |
|  | : |  |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

        Kindly enter my appearance as co- counsel on behalf of Defendants, Amazon.com, Inc.,

d/b/a Amazon Flex, Amazon.com Services, LLC, f/k/a Amazon Fulfillment Services, Inc. and

Amazon Logistics, Inc., in the above-captioned matter.

                                        Respectfully submitted,

                                        **WILSON, ELSER, MOSKOWITZ,**
                                        **EDELMAN & DICKER LLP**
                                        *s/ Jared M. Smith*
                                        Jared M. Smith, Esquire
                                        Attorney for Defendants,
                                        *Amazon.com, Inc., d/b/a Amazon*
                                        *Flex, Amazon.com Services, LLC,*
                                        *f/k/a Amazon Fulfillment Services,*
                                        *Inc. and Amazon Logistics, Inc.*
Date: <u>February 7, 2023</u>            *Amazon Logistics, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Jared M. Smith, Esquire, attorney for Defendants, Amazon.com, Inc., d/b/a Amazon Flex, Amazon.com Services, LLC, f/k/a Amazon Fulfillment Services, Inc. and Amazon Logistics, Inc., hereby certify that a true and correct copy of the foregoing Entry of Appearance, was electronically filed via the Court's electronic filing system and therefore viewable and deemed served on all counsel of record pursuant 231 Pa. Code 205.4 (g)(2)(ii).

*s/ Jared M. Smith*
Jared M. Smith, Esquire

Date: <u>February 7, 2023</u>

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**
By:   Salvatore A. Clemente, Esquire
       Jared M. Smith, Esquire
       Lauren B. Orner, Esquire
Attorney ID: 80830/321370/313078
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
Tel. 215-627-6900
Fax.215-627-2665
Email: Salvatore.Clemente@wilsonelser.com
        Jared.Smith@wilsonelser.com
        Lauren.Orner@wilsonelser.com

*Filed and Attested by the
Office of Judicial Records
07 FEB 2023 01:15 pm
S. GILLIAM*

Attorney for Defendants
*Amazon.com, Inc., d/b/a Amazon
Flex, Amazon.com Services, LLC,
f/k/a Amazon Fulfillment Services,
Inc. and Amazon Logistics, Inc.*

| | | |
|---|---|---|
| DONTE BLOCKER, | : | COURT OF COMMON PLEAS |
| Plaintiff, | : | PHILADELPHIA COUNTY |
| | : | |
| vs. | : | |
| | : | CIVIL ACTION NO. 230100502 |
| AMAZON.COM, INC., d/b/a AMAZON | : | |
| FLEX, AMAZON.COM SERVICES, LLC, | : | |
| f/k/a AMAZON FULFILLMENT SERVICES, | : | |
| INC. and AMAZON LOGISTICS, INC., | : | |
| Defendants. | : | |
| | : | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

       Kindly enter my appearance as co-counsel on behalf of Defendants, Amazon.com, Inc., d/b/a

Amazon Flex, Amazon.com Services, LLC, f/k/a Amazon Fulfillment Services, Inc. and Amazon Logistics,

Inc., in the above-captioned matter.

                                                        Respectfully submitted,

                                                        **WILSON, ELSER, MOSKOWITZ,**
                                                        **EDELMAN & DICKER LLP**
                                                        *s/ Lauren B. Orner*
                                                        Lauren B. Orner, Esquire
                                                        Attorney for Defendants,
                                                        *Amazon.com, Inc., d/b/a Amazon
                                                        Flex, Amazon.com Services, LLC,
                                                        f/k/a Amazon Fulfillment Services,
                                                        Inc. and Amazon Logistics, Inc.*
Date: February 7, 2023                                  *Amazon Logistics, Inc.*

Case ID: 230100502

## **CERTIFICATE OF SERVICE**

I, Lauren B. Orner, Esquire, attorney for Defendants, Amazon.com, Inc., d/b/a Amazon Flex, Amazon.com Services, LLC, f/k/a Amazon Fulfillment Services, Inc. and Amazon Logistics, Inc., hereby certify that a true and correct copy of the foregoing Entry of Appearance, was electronically filed via the Court's electronic filing system and therefore viewable and deemed served on all counsel of record pursuant 231 Pa. Code 205.4 (g)(2)(ii).

*s/ Lauren B. Orner*
Lauren B. Orner, Esquire

Date: February 7, 2023

279909711v.1

**SIMON & SIMON, P.C.**
Marc I. Simon, Esquire
*Attorney for Plaintiff(s)*
Attorney I.D. No. 201798
18 Campus Blvd. Suite 100
Newtown Square, PA 19073
(215) 467-4666

*Filed and Attested by the Office of Judicial Records 10 FEB 2023 01:56 pm S. GILLIAM*

| | | |
|---|---|---|
| Donte Blocker | : | IN THE COURT OF COMMON PLEAS |
| 173 W 65th Ave | : | PHILADELPHIA COUNTY |
| Philadelphia, PA 19120 | : | |
| Plaintiff | : | January Term 2023 |
| v. | : | |
| | : | |
| Amazon.com Inc., d/b/a Amazon Flex | : | No.: 230100502 |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| And | : | |
| Amazon.com Services LLC | : | |
| FKA Amazon Fulfillment Services, Inc. | : | |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| And | : | |
| Amazon Logistics, Inc. | : | |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| Defendants | : | |

## <u>AFFIDAVIT OF SERVICE</u>

| | | |
|---|---|---|
| COURT OF COMMON PLEAS | : | |
| | : | ss.: |
| PHILADELPHIA COUNTY | : | |

     I, Dina MacDonald, being duly sworn, depose and say on this 10th day of February 2023, by this Affidavit that:

          1.    I am more than eighteen (18) years of age;

          2.    On January 20, 2023, I caused a Complaint with Discovery Requests to be served upon Amazon.com Inc. d/b/a Amazon Flex by Certified Mail, Return Receipt Requested. A true and correct copy of the Return Receipt is attached and incorporated into this Affidavit as Exhibit "A."

State of Florida
County of Marion

*Dina MacDonald*
Dina MacDonald

Sworn to and subscribed before me
this 10th day of February 2023. by Dina Renee MacDonald.

*Dustin Drake*

Notary Public       Dustin Drake
___ Personally Known OR __✓Produced Identification
Type of Identification Produced _____ DRIVER LICENSE



DUSTIN DRAKE
Notary Public - State of Florida
Commission # HH273201
Expires on June 7, 2026

Notarized online using audio-video communication

Case ID: 230100502

EXHIBIT "A"

Case ID: 230100502



Case ID: 230100502

## <u>CERTIFICATE OF SERVICE</u>

I, Marc I. Simon, Esquire, Attorney for Plaintiff(s), certify that the foregoing Affidavit of Service was served via first-class mail and/or electronic filing this February 10, 2023, upon the following:

ALL COUNSEL FOR DEFENDANT(S) VIA E-FILING

_____
MARC I. SIMON, ESQUIRE
*Attorney for Plaintiff(s)*

**SIMON & SIMON, P.C.**
Marc I. Simon, Esquire
*Attorney for Plaintiff(s)*
Attorney I.D. No. 201798
18 Campus Blvd. Suite 100
Newtown Square, PA 19073
(215) 467-4666

*Filed and Attested by the Office of Judicial Records 10 FEB 2023 01:57 pm S. GILLIAM*

| | | |
|---|---|---|
| Donte Blocker | : | IN THE COURT OF COMMON PLEAS |
| 173 W 65th Ave | : | PHILADELPHIA COUNTY |
| Philadelphia, PA 19120 | : | |
| Plaintiff | : | January Term 2023 |
| v. | : | |
| | : | |
| Amazon.com Inc., d/b/a Amazon Flex | : | No.: 230100502 |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| And | : | |
| Amazon.com Services LLC | : | |
| FKA Amazon Fulfillment Services, Inc. | : | |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| And | : | |
| Amazon Logistics, Inc. | : | |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| Defendants | : | |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| COURT OF COMMON PLEAS | : | |
| | : | ss.: |
| PHILADELPHIA COUNTY | : | |

    I, Dina MacDonald, being duly sworn, depose and say on this 10th day of February 2023, by this Affidavit that:

        1.    I am more than eighteen (18) years of age;

        2.    On January 20, 2023, I caused a Complaint with Discovery Requests to be served upon Amazon.com Services LLC by Certified Mail, Return Receipt Requested. A true and correct copy of the Return Receipt is attached and incorporated into this Affidavit as Exhibit "A."

State of Florida
County of Marion

*Dina MacDonald*
_____
Dina MacDonald

Sworn to and subscribed before me
this 10th day of February 2023. by Dina Renee MacDonald.

*Dustin Drake*
_____
Notary Public      Dustin Drake

Type of Identification Produced _____DRIVER LICENSE

____ Personally Known OR ✔Produced Identification



DUSTIN DRAKE
**Notary Public - State of Florida**
**Commission #** HH273201
**Expires on** June 7, 2026

Case ID: 230100502

Notarized online using audio-video communication

EXHIBIT "A"

Case ID: 230100502



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amazon.com Services LLC
F/K/A Amazon Full Fillment Services LLC
410 Tony Avenew
Carl, Pa WA 98744

9590 9402 7879 2234 0683 67

2. Article Number (Transfer from service label)

7022 0410 0003 1770 7740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DG   JA 2 0 2 23

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restrict
   Delivery
☑ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

Case ID: 230100502

<u>**CERTIFICATE OF SERVICE**</u>

I, Marc I. Simon, Esquire, Attorney for Plaintiff(s), certify that the foregoing Affidavit

of Service was served via first-class mail and/or electronic filing this February 10, 2023, upon

the following:

ALL COUNSEL FOR DEFENDANT(S) VIA E-FILING

_____
MARC I. SIMON, ESQUIRE
*Attorney for Plaintiff(s)*

**SIMON & SIMON, P.C.**
Marc I. Simon, Esquire
*Attorney for Plaintiff(s)*
Attorney I.D. No. 201798
18 Campus Blvd. Suite 100
Newtown Square, PA 19073
(215) 467-4666



*Filed and Attested by the
Office of Judicial Records
10 FEB 2023 01:59 pm
S. GILLIAM*

| | | |
|---|---|---|
| Donte Blocker | : | IN THE COURT OF COMMON PLEAS |
| 173 W 65th Ave | : | PHILADELPHIA COUNTY |
| Philadelphia, PA 19120 | : | |
| Plaintiff | : | January Term 2023 |
| v. | : | |
| | : | |
| Amazon.com Inc., d/b/a Amazon Flex | : | No.: 230100502 |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| And | : | |
| Amazon.com Services LLC | : | |
| FKA Amazon Fulfillment Services, Inc. | : | |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| And | : | |
| Amazon Logistics, Inc. | : | |
| 410 Terry Ave North, | : | |
| Seattle, WA 98144 | : | |
| Defendants | : | |

## <u>AFFIDAVIT OF SERVICE</u>

| | | |
|---|---|---|
| COURT OF COMMON PLEAS | : | |
| | : | ss.: |
| PHILADELPHIA COUNTY | : | |

     I, Dina MacDonald, being duly sworn, depose and say on this 10th day of February 2023, by this Affidavit that:

     1.    I am more than eighteen (18) years of age;

     2.    On January 20, 2023, I caused a Complaint with Discovery Requests to be served upon Amazon Logistics, Inc. by Certified Mail, Return Receipt Requested.  A true and correct copy of the Return Receipt is attached and incorporated into this Affidavit as Exhibit "A."

State of Florida
County of Marion

*Dina MacDonald*
_____
Dina MacDonald

Sworn to and subscribed before me
this 10th day of February 2023. by Dina Renee MacDonald.

*Dustin Drake*    Dustin Drake
_____
Notary Public

___ Personally Known OR ✔ Produced Identification

Type of Identification Produced _____ DRIVER LICENSE



DUSTIN DRAKE
Notary Public - State of Florida
Commission # HH273201
Expires on June 7, 2026

Notarized online using audio-video communication

Case ID: 230100502

EXHIBIT "A"

Case ID: 230100502



Case ID: 230100502

## <u>CERTIFICATE OF SERVICE</u>

I, Marc I. Simon, Esquire, Attorney for Plaintiff(s), certify that the foregoing Affidavit of Service was served via first-class mail and/or electronic filing this February 10, 2023, upon the following:

ALL COUNSEL FOR DEFENDANT(S) VIA E-FILING

_____
MARC I. SIMON, ESQUIRE
*Attorney for Plaintiff(s)*